

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

**NOS. WR-61,939-01 & WR-61,939-02**

**IN RE DAVID DOW AND JEFFREY R. NEWBERRY, Respondents**

**ON RESPONDENTS' MOTION FOR REHEARING ON SHOW CAUSE
AND CONTEMPT HEARING FOR UNTIMELY
FILED DOCUMENTS IN APPLICANT PAREDES'S CASE
FROM CAUSE NO. 2000-CR-6067B
IN THE 399th JUDICIAL DISTRICT COURT
BEXAR COUNTY**

RICHARDSON, J., filed a dissenting statement to the denial of Respondents' Motion for Rehearing in which JOHNSON, J., joined.

## D I S S E N T I N G   S T A T E M E N T

With all due respect, borrowing from the wisdom of Abraham Lincoln, in most cases a lawyer "who represents himself has a fool for a client." On the heels of being held in contempt by this Court, Respondents decided it might have been prudent to hire counsel to represent them on this matter. They have retained counsel and seek rehearing so that their newly retained counsel may present their defense in this matter. I would recommend granting the Respondents' Motion for Rehearing for that purpose.

FILED: February 25, 2015
PUBLISH